# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

EDMUND TREIDLER,

Plaintiff(s)

v.

METROPOLITAN LIFE  INS. CO.

Defendant(s)

CASE No. 21-cv-6582-HSG

STIPULATION AND ORDER
SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☑ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☑ **Mediation** (ADR L.R. 6)

- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☑ **Private ADR** (*specify process and provider*)

    The parties agree to engage in private mediaiton with an agreed upon mediator.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☑ other requested deadline:  120 days

Date: 11/05/21          /s/ Brent Dorian Brehm
                        Attorney for Plaintiff
Date: 11/05/21          /s/ Misty A. Murray
                        Attorney for Defendant

---

☒  IT IS SO ORDERED.
☐  IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  11/8/2021          *Haywood S. Gilliam Jr.*
                          U.S. DISTRICT JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019