AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA - OAKLAND DIVISION__

EDMUND TREIDLER
    Plaintiff (s),
V.
METROPOLITAN LIFE INSURANCE COMPANY
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**; ORDER

CASE NUMBER: 4:21-cv-06582-HSG

Notice is hereby given that, subject to approval by the court, __Metropolitan Life Insurance Company__ (Party (s) Name) substitutes __MISTY A. MURRAY__ (Name of New Attorney), State Bar No. __196870__ as counsel of record in place of __Peter J. Felsenfeld, Esq. - HINSHAW & CULBERTSON LLP One California Street, 18th Floor, SF CA 94111__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Misty A. Murray, Esq. - Maynard, Cooper and Gale |
| Address: | 1925 Century Park East, Suite 1700, Los Angeles, CA 90067 |
| Telephone: | (310) 596-4377      Facsimile |
| E-Mail (Optional): | Misty.Murray@hinshawlaw.com |

I consent to the above substitution.
Date: 1/12/2022
(Signature of Party (s))

I consent to being substituted.
Date: 1/12/2022
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/12/2022
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/21/2022

Haywood S. Gill, Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]