1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  EDMUND TREIDLER,                    Case No. 4:21-cv-06582-HSG
12           Plaintiff,                 Hon. Haywood S. Gilliam, Jr.
13       vs.                            **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE**
14  METROPOLITAN LIFE INSURANCE COMPANY,
15           Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties.  Each party shall bear his or its own attorneys' fees and costs.

DATED: 3/22/2022

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge